MERIWETHER D. (MIKE) WILLIAMS
ISB NO. 6619
KEVIN J. CURTIS
KAMMI L. MENCKE
WINSTON & CASHATT
250 Northwest Boulevard, Suite 107A
Coeur d'Alene, Idaho  83814
Telephone:  (208) 667-2103
Facsimile:  (208) 765-2121
E-mail:  mdw@winstoncashatt.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT, DISTRICT OF IDAHO,
NORTHERN DIVISION

| | |
|---|---|
| GINA M. SPAIN,<br><br>         Plaintiff,<br><br>vs.<br><br>LOWELL McMILLAN,<br><br>         Defendant. | Case No. CIV 04-280-N-EJL<br><br>PLAINTIFF'S MOTION TO IMMEDIATELY REGISTER JUDGMENT FOR GOOD CAUSE |

Plaintiff moves to immediately register Judgment for good cause.  This motion is based on 28 U.S.C. 1963 and Plaintiff's Memorandum in Support of Plaintiff's Motion to Immediately Register Judgment For Good Cause.  28 U.S.C. § 1963 (2005).

DATED this 26th day of October, 2005.

/s MERIWETHER D. (MIKE) WILLIAMS, ISB No. 6619
KEVIN J. CURTIS
KAMMI L. MENCKE
WINSTON & CASHATT
Attorneys for Plaintiff

PLAINTIFF'S MOTION TO IMMEDIATELY
REGISTER JUDGMENT FOR GOOD CAUSE
PAGE 1

LAW OFFICES OF
Winston & Cashatt
250 NORTHWEST BLVD., SUITE 107A
COEUR D'ALENE, IDAHO 83814
(208) 667-2103
FAX (208) 765-2121

I hereby certify that on the 26th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Frederick G. Loats at fgloats@verizon.net.

/s MERIWETHER D. (MIKE) WILLIAMS, ISB No. 6619
WINSTON & CASHATT
Attorneys for Plaintiff

PLAINTIFF'S MOTION TO IMMEDIATELY
REGISTER JUDGMENT FOR GOOD CAUSE
PAGE 2

LAW OFFICES OF
Winston & Cashatt
250 NORTHWEST BLVD., SUITE 107A
COEUR D'ALENE, IDAHO 83814
(208) 667-2103
FAX (208) 765-2121