MERIWETHER D. (MIKE) WILLIAMS
ISB NO. 6619
KEVIN J. CURTIS
KAMMI L. MENCKE
WINSTON & CASHATT
250 Northwest Boulevard, Suite 107A
Coeur d'Alene, Idaho  83814
Telephone:  (208) 667-2103
Facsimile:  (208) 765-2121
E-mail:  mdw@winstoncashatt.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT, DISTRICT OF IDAHO,
NORTHERN DIVISION

| | |
|---|---|
| GINA M. SPAIN,<br><br>                            Plaintiff,<br><br>vs.<br><br>LOWELL McMILLAN,<br><br>                            Defendant. | Case No.  CIV 04-280-N-EJL<br><br>AFFIDAVIT OF KEVIN J. CURTIS IN SUPPORT OF PLAINTIFF'S MOTION TO REGISTER JUDGMENT |

STATE OF WASHINGTON  )
                                           :ss.
County  of  Spokane          )

KEVIN J. CURTIS, being first duly sworn, upon oath, deposes and says:

1.     I am one of the attorneys for plaintiff in the above matter, over the age of majority, well acquainted with the facts stated herein and competent to testify as to such facts.

2.     I submit this Affidavit in Support of Plaintiff's Motion to Register Judgment.

AFFIDAVIT OF KEVIN J. CURTIS IN SUPPORT OF
PLAINTIFF'S MOTION TO REGISTER JUDGMENT
PAGE 1

LAW OFFICES OF
Winston & Cashatt
250 NORTHWEST BLVD., SUITE 107A
COEUR D'ALENE, IDAHO 83814
(208) 667-2103
FAX (208) 765-2121

3. Pretrial discovery by means of interrogatories was conducted as to defendant Lowell McMillan's assets. The discovery provided by defendant revealed that he lacks property and assets in the state of Idaho sufficient to satisfy the judgment.

4. The pretrial discovery of defendant McMillan and his testimony at trial revealed he owns real property and other assets in the state of Montana and owns personal assets in the state of Washington.

5. Because defendant McMillan lacks sufficient property in the District of Idaho to satisfy the judgment, and because defendant McMillan has assets in other jurisdictions, there is good cause for the court to give leave to plaintiff to allow her to immediately register the judgment in this case in other districts and states to enforce.

_____
KEVIN J. CURTIS

SUBSCRIBED AND SWORN to before me this 26th day of October, 2005.

_____
Notary Public in and for the State of Washington, residing at Spokane.
My commission expires: 6/27/07

I hereby certify that on the 26th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Frederick G. Loats at fgloats@verizon.net.

/s MERIWETHER D. (MIKE) WILLIAMS, ISB No. 6619
WINSTON & CASHATT
Attorneys for Plaintiff

AFFIDAVIT OF KEVIN J. CURTIS IN SUPPORT OF
PLAINTIFF'S MOTION TO REGISTER JUDGMENT
PAGE 2

LAW OFFICES OF
Winston & Cashatt
250 NORTHWEST BLVD., SUITE 107A
COEUR D'ALENE, IDAHO 83814
(208) 667-2103
FAX (208) 765-2121